UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

MICHAEL J. MILLER AND
ELIZABETH B. MILLER,

      Debtors.

CASE NO.: 9:10-bk-07581-FMD
Chapter 13

_____/

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)**

PLEASE TAKE NOTICE that all right, title and interest in and to the claim described below (the "Claim") has been transferred. No action is required if you do not object to the transfer of your Claim.

*[handwritten: 9-2    Court Claim #9-2]*

1. Person or Entity who filed the Claim ("Transferor"):

   RBC Bank (USA)
   c/o Denise D. Dell-Powell, Esquire
   Burr & Forman, LLP
   450 S. Orange Avenue, Suite 200
   Orlando, Florida 32801

2. Person or entity to whom the Claim has been transferred ("Transferee"):

   PNC Bank, N.A.
   c/o Michael Nardella, Esquire
   Burr & Forman, LLP
   200 S. Orange Avenue, Suite 800
   Orlando, FL 32801

3. Date of Transfer of Claim: March 2, 2012

4. Type of Claim: ___ Secured   ___ Priority   _X_ General Unsecured

1540745 v1

5. Amount of Claim: $308,872.50

DATED: November 16, 2012

Respectfully submitted,

By: /s/ Michael A. Nardella
Michael A. Nardella, Esquire
Florida Bar No. 51265
Burr & Forman, LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
Email: mnardella@burr.com

**Attorneys for PNC Bank, N.A.**