United States Bankruptcy Court
Middle District of Florida

In re:  
Michael J Miller  
Elizabeth B. Miller  
    Debtors

Case No. 10-07581-FMD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-9      User: berrid      Page 1 of 2      Date Rcvd: Dec 20, 2012  
                    Form ID: trc      Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2012.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
18830607    ##+RBC Bank (USA),    c/o Denise D. Dell-Powell, Esquire,    Burr & Forman, LLP,  
          450 S. Orange Avenue, Suite 200,    Orlando, Florida 32801-3385  
                                                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2012**                                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113A-9          User: berrid              Page 2 of 2              Date Rcvd: Dec 20, 2012
                              Form ID: trc              Total Noticed: 0


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2012 at the address(es) listed below:
              Daniel M Eliades    on behalf of Creditor   Century 21 Real Estate LLC deliades@formanlaw.com,
               mconnolly@formanlaw.com
              Denise D Dell-Powell    on behalf of Creditor   RBC BANK USA ddpowell@burr.com,
               dkelley@burr.com;greid@burr.com;jlindval@burr.com
              Jon  Waage    jwflecf@trustee13.com
              Michael  Nardella    on behalf of Creditor   RBC BANK USA michael.nardella@burr.com,
               jlindval@burr.com,greid@burr.com
              Richard J. Hollander    on behalf of Debtor Michael Miller millerandhollander@comcast.net,
               backupnotices@comcast.net;mhbknotices@gmail.com;bankruptcynotices@floridabankruptcy.com
              Robert J. Fehse    on behalf of Creditor   DCFS USA LLC robert.fehse@thehalelawgroup.com,
               ben.elvert@thehalelawgroup.com;bert.echols@thehalelawgroup.com
              Thomas W Franchino    on behalf of Creditor   Union State Bank jen@franchinolaw.com
                                                                                             TOTAL: 7
```

**210B (12/09**)

# United States Bankruptcy Court

Middle District of Florida
Case No. 9:10-bk-07581-FMD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael J Miller<br>2209 Pinewoods Circle<br>Naples FL 34105 | Elizabeth B. Miller<br>2209 Pinewoods Circle<br>Naples FL 34105 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/19/2012.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: RBC Bank (USA), c/o Denise D. Dell-Powell, Esquire, Burr & Forman, LLP, 450 S. Orange Avenue, Suite 200, Orlando, Florida 32801 | PNC Bank, N.A.<br>c/o Michael Nardella Esq.<br>200 S. Orange Ave., Ste. 800<br>Orlando, FL 32801 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/22/12

Lee Ann Bennett
**CLERK OF THE COURT**